```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
───────────────────────────────

DAHLMAN PERIWINKLE PLACE LIMITED
PARTNERSHIP,

            Plaintiff,

   - against -

MT. HAWLEY INSURANCE COMPANY, ET
AL.,

            Defendants.

───────────────────────────────

25-cv-4809 (JGK)

**ORDER**

**JOHN G. KOELTL, District Judge:**

    The parties are directed to submit a Rule 26(f) report by September 3, 2025.

SO ORDERED.

Dated:   New York, New York
          August 19, 2025

                             /s/ John G. Koeltl
                               John G. Koeltl
                        United States District Judge