UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DAHLMAN PERIWINKLE PLACE LIMITED
PARTNERSHIP,
                    Plaintiff(s)

25 civ 4809 (JGK)

       -against-

MT. HAWLEY INSURANCE COMPANY, et al.,
                    Defendant(s).
------------------------------------------------------------X

## ORDER

The conference scheduled for Tuesday, September 30, 2025, at 3:00pm, is canceled.

**SO ORDERED.**

                                          **JOHN G. KOELTL**
                             **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
       September 24, 2025