**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**Dahlman Periwinkle Place Limited Partnership,**

**Plaintiff,**

**-against-**

**Mt. Hawley Insurance Company, et al.,**

**Defendants.**

**1:25-cv-04809 (JGK)**

**ORDER SCHEDULING SETTLEMENT CONFERENCE**

**STEWART D. AARON, United States Magistrate Judge:**

A settlement conference is scheduled before Magistrate Judge Stewart Aaron on Tuesday, September 29, 2026, at 10:00 a.m. The conference shall proceed via Microsoft Teams.

The Court will provide the Microsoft Teams information to the parties by email prior to the conference. The parties must comply with the Settlement Conference Procedures for Magistrate Judge Stewart D. Aaron, available at https://nysd.uscourts.gov/hon-stewart-d-aaron. Please note that Section 4 of the Procedures requires counsel for each party to send a pre-settlement conference letter no later than 7 days before the conference (*i.e.*, Tuesday, September 22, 2026).

**SO ORDERED.**

Dated: New York, New York
August 19, 2026

STEWART D. AARON
United States Magistrate Judge