**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**DAHLMANN PERIWINKLE PLACE LIMITED PARTNERSHIP,**

**Plaintiff,**

**- against -**

**MT. HAWLEY INSURANCE COMPANY AND RENAISSANCE RE SYNDICATE 1458 LLOYD'S,**

**Defendant.**

**25-cv-4809 (JGK)**

**Order**

**John G. Koeltl, District Judge:**

This case was previously referred to Magistrate Judge Gary Stein. The Court now refers the case to Magistrate Judge Stewart D. Aaron for the purpose of settlement.

**SO ORDERED.**

**Dated: New York, New York**
**August 19, 2026**

**/s/ John G. Koeltl, U.S.D.J.**
**John G. Koeltl**
**United States District Judge**